UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GONZALO GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALGREENS, et al.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01422-RFB-DJA<br><br>**ORDER** |

　　　This matter is before the Court on Plaintiff's filing of a complaint on July 30, 2021. Since that date, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing a complaint, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $402 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **September 7, 2021** to proceed with this case.

　　　For the foregoing reasons,

　　　IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

　　　IT IS FURTHER ORDERED that on or before **September 7, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

1     IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before **September 7, 2021**, the Court will dismiss this action <u>without prejudice</u>.

DATED: August 9, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE