**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GONZALO GOMEZ,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WALGREENS, *et al.*,<br><br>　　　　　　　　　　　　Defendants, | Case No. 2:21-cv-01422-RFB-DJA<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

　　　Counsel for plaintiff has failed to show good cause why this action should not be dismissed without prejudice for failure to timely serve Defendant Walgreens and Daniel Bennet, according to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure. Therefore,

　　　**IT IS ORDERED** that this action is DISMISSED without prejudice as to Defendants Walgreens and Daniel Bennet.

　　　DATED this 31st day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**